ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Towers Hawks Iraq Company For | ) ASBCA No. 59018 |
| General Contracting Ltd. | ) |
| | ) |
| Under Contract Nos. W90VCM-10-P-0116 | ) |
| RAD-TRA-003 | ) |
| YUS-WAS-019 | ) |

APPEARANCE FOR THE APPELLANT:        Mr. Saif F. Hassan
                                     CEO & Owner

APPEARANCES FOR THE GOVERNMENT:      Raymond M. Saunders, Esq.
                                       Army Chief Trial Attorney
                                     Stephanie B. Magnell, Esq.
                                       Trial Attorney

ORDER OF DISMISSAL

The government filed a Motion to Dismiss Untimely Appeal For Lack of Jurisdiction. By email dated 17 January 2014, appellant conceded that the government's position is correct. Accordingly, this appeal is dismissed from the Board's docket.

Dated: 19 February 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59018, Appeal of Towers Hawks Iraq Company For General Contracting Ltd., rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
